IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-00589-WDM-MEH

ED R. HERBOLD and
CHARLES S. KALBACK,

    Plaintiffs,

v.

ACCESS DISTRIBUTION, INC., a California corporation,

    Defendant.

## ORDER

Miller, J.

    This case is before me on Plaintiffs' Motion for Entry of Default Judgment (ECF No. 29). Plaintiffs are directed to set a hearing on the motion. Plaintiffs are further reminded that any request for damages or attorney fees must be filed in accordance with the local rules of this Court and my Pretrial and Trial Procedures.

    DATED at Denver, Colorado, on October 7, 2010.

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States Senior District Judge

PDF FINAL