IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

---

Courtroom Deputy: Kathleen Finney          November 18, 2010
Court Reporter: Tracy Weir

---

Civil Action No. 10-cv-00589-WDM-KLM

| Parties: | Counsel: |
|---|---|
| ED R. HERBOLD, and<br>CHARLES S. KALBACK, | J. Mark Smith |
| Plaintiffs, | |
| v. | |
| ACCESS DISTRIBUTION, INC.,<br>  a California corporation, | No appearance |
| Defendant. | |

---

## COURTROOM  MINUTES

Motions Hearing

**11:08 a.m.    Court in session.**

Court calls case.  Appearance of plaintiff's counsel and plaintiffs.  No appearance by Defendant.

Court's preliminary statement.

Statement by Mr. Smith.

**ORDERED:**

- Amended Motion For Entry of Default Judgment [Doc. No. 32; filed 11/10/2010) is **GRANTED**, as stated on the record.

- Motion for Entry of Default Judgment [Doc. No. 29, filed 10/1/2010] is **MOOT**.

- Plaintiff shall submit further support regarding attorney's fees **on or before NOVEMBER 20, 2010.**

The Court will issue an order after plaintiffs' required documentation is filed.

**11:22 a.m.   Court in recess.**
Hearing concluded.
Time:  00:014